```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 44240
   DENNIS EARL CARMICHAEL
                                          CHAPTER 13

                                          JUDGE: A BENJAMIN GOLDGAR

      Debtor
   SSN XXX-XX-0263
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 12/01/2004 and was confirmed 04/05/2005.

The plan was confirmed to pay secured creditors 100% and unsecured creditors an estimated 11.79% from remaining funds.

The case was paid in full 06/06/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SHAPIRO & KREISMAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| UNITED MORTGAGE & LOAN I | CURRENT MORTG | .00 | .00 | .00 |
| SECRETARY OF HUD | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL | MORTGAGE ARRE | 40397.64 | .00 | 40397.64 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 822.98 | .00 | 822.98 |
| VICTOR SKADAUSKI | PRIORITY | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | 5880.75 | .00 | 693.34 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AT & T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| BALLYS | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE NATIONAL PLAZA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED OTH | 704.72 | .00 | 83.04 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 192.55 | .00 | 22.70 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1101.16 | .00 | 129.83 |
| MAX FLOW CORP | UNSECURED | 4759.12 | .00 | 561.10 |
| NICOR GAS | UNSECURED | 805.43 | .00 | 94.96 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 295.89 | .00 | 34.89 |
| MAX RECOVERY | UNSECURED | 2982.10 | .00 | 351.59 |
| SUBURBAN HEIGHTS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1293.31 | .00 | 152.48 |
| INTERNAL REVENUE SERVICE | PRIORITY | 6197.25 | .00 | 6197.25 |
| UNITED MORTGAGE & LOAN I | MORTGAGE ARRE | 12413.84 | .00 | 12413.84 |
| LEGAL HELPERS PC | DEBTOR ATTY | 700.00 | | 700.00 |
| TOM VAUGHN | TRUSTEE | | | 3,944.36 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

---
                      RECEIPTS           DISBURSEMENTS
---

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 44240 DENNIS EARL CARMICHAEL

```
TRUSTEE                                    66,600.00

PRIORITY                                                      7,020.23
SECURED                                                      52,811.48
UNSECURED                                                     2,123.93
ADMINISTRATIVE                                                  700.00
TRUSTEE COMPENSATION                                          3,944.36
DEBTOR REFUND                                                      .00
                                     ----------------   ----------------
TOTALS                                     66,600.00         66,600.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE